

## MANDATE

# The Fourteenth Court of Appeals

### NO. 14-15-00512-CR

Marcos Jesus Iturbe, Appellant

v.

The State of Texas, Appellee

Appealed from the 230th District Court of Harris County. (Tr. Ct. No. 1424596). Opinion delivered Per Curiam.

**TO THE 230TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on July 9, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on April 30, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, October 07, 2015.

CHRISTOPHER A. PRINE, CLERK